UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

DEVINE LOVE                                                           PLAINTIFF

VS.                          CIVIL ACTION NO. 3:20-cv-245-DCB-JCG

UNITED STATES POSTAL SERVICES                                         DEFENDANT

<u>Order Adopting Report and Recommendation</u>

This matter is before the Court on Defendant's Motion to Dismiss [ECF No. 34] and Magistrate John C. Gargiulo's Report and Recommendation [ECF No. 44], to which no objections have been filed by the Plaintiff. Judge Gargiulo recommends that this case be dismissed without prejudice for failure to prosecute. Having carefully reviewed the record, the Court finds that Judge Gargiulo's Report and Recommendation is well taken and shall be adopted as the findings and conclusions of this Court.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Magistrate Judge John C. Gargiulo's Report and Recommendation is ADOPTED as the findings and conclusions of this Court. Defendant's Motion to Dismiss is GRANTED. This action is hereby DISMISSED without prejudice.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this the 15th day of July, 2021.

                                              /s/ David Bramlette
                                              UNITED STATES DISTRICT COURT